**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO. 4:10CR00228-01 JLH

CLIFTON WESTMORELAND                                                                      DEFENDANT

**ORDER**

Clifton Westmoreland has filed a motion to reduce his term of imprisonment pursuant to the recent amendment (Amendment 782) to U.S.S.G. § 2D1.1's drug quantity table. The United States objects, pointing out that Westmoreland's base offense level was calculated under U.S.S.G. § 4B1.1, not § 2D1.1, because Westmoreland was a career offender. Because Westmoreland's plea agreement contemplated that he would be sentenced under the drug quantity table, the Court varied downward in imposing his sentence. The United States is correct, however, that Amendment 782 does not apply to Westmoreland's case because his guideline range was not calculated using the drug quantity table. Westmoreland's motion for reduction in his sentence is therefore denied. Document #127.

IT IS SO ORDERED this 23rd day of December, 2014.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE